# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:21-cr-00077-ALM-BD |
| | § | |
| SHAYLA DENISE DAVIS | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 7, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #161) that Defendant Shayla Denise Davis's Motion to Dismiss Charges for Post-Indictment Delay (Dkt. #157) be denied. On April 21, 2026, Defendant filed Objections (Dkt. #165) to the Report.

The Court has conducted a *de novo* review of the Objections and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objections are without merit as to the ultimate findings of the Magistrate Judge. Accordingly, the Objections (Dkt. #165) are **OVERRULED** and the Magistrate Judge's Report is **ADOPTED** as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Davis's Motion to Dismiss (Dkt. #157) is hereby **DENIED.**

**IT IS SO ORDERED**.

**SIGNED this 23rd day of June, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE